1154

No. 04–967. McCORVEY, FKA ROE v. HILL, DALLAS COUNTY DISTRICT ATTORNEY. C. A. 5th Cir. Certiorari denied.

No. 04–5833. WILLIAMS v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 04–6023. HAMILTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–6188. MILLER v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–6295. MAXWELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–6348. MOSLEY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6390. MARTINEZ-JARAMILLO v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–6577. GORRASI v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 04–6669. BARFIELD v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 04–6679. NWANKWO v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–6698. JONES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6758. RICHARDS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6828. CERVANTES-MORALES v. UNITED STATES; and KANE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.